Firm E-Mail for Official Court Documents
courtdocs@dickinsonwright.com
Scot L. Claus (#014999)
Vail C. Cloar (#032011)
Alexandra Crandall (#034838)
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
***Attorneys for Defendants Anna Vargas,
Pamela Nicola, Jason Kocer, and Tiffany Pham***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Wood, in her personal capacity as Director and sole beneficiary of the Cheryl Wood Trust, and as an officer of Baron Fuels, Inc.; Baron Fuels, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Anna Vargas, in her individual capacity; Pamela Nicola, in her individual capacity; Jason Kocer, in his individual capacity; Tiffany Pham (formerly known as Tiffany Yee), in her individual capacity; Jeremy Gniffke, in his individual capacity; Terence Vomocil, in his individual capacity; Atlas Technical Consultants, LLC ("ATC"), a limited liability company, formerly known as ATC Group Services, LLC, <br><br> Defendants. | Case No. _____ <br><br> **NOTICE OF REMOVAL** <br><br> (Removed from the Superior Court of Arizona, County of Maricopa, No. CV2025-066266) |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Anna Vargas, Pamela Nicola, Jason Kocer, and Tiffany Pham ("Noticing Defendants") give notice of the removal of this

- 1 –

4914-9195-2018 v3 [53392-71]

action from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona, based upon the following grounds:

### Filing of Complaint and Receipt by Defendants

1.    On or about December 15, 2025, the plaintiff Cheryl Wood commenced this action by filing a Complaint in the Superior Court of the State of Arizona, for the County of Maricopa. Case No. CV2025-066266. Eddie Slade, General Counsel for the Department of Environmental Quality, accepted service on behalf of Defendants Anna Vargas, Jason Kocer, and Tiffany Pham on January 29, 2026. Pamela Nicola was served on January 31, 2026.

### Federal Question Jurisdiction

2.    Plaintiff's Complaint arises under the laws of the United States, specifically, 42 U.S.C. §§ 1983, 1985(3), and the First, Fifth, and Fourteenth Amendments to the United States Constitution, thus giving rise to federal question jurisdiction within the meaning of 28 U.S.C. §1331, and this action is removable under 28 U.S.C. §1441 as one of which the District Court has original jurisdiction.

3.    This court has supplemental jurisdiction over plaintiff's negligence claim pursuant to 28 U.S.C. § 1367, because those claims are so related to the 42 U.S.C. § 1983 claims that they form part of the same alleged case or controversy.

### Compliance with Removal Procedure

4.    Pursuant to Rule 3.6(b), Local Rules of Practice for the United States District Court for the District of Arizona, attached hereto as Exhibit A is a copy of the Maricopa County Superior Court's Docket / Case Information.

5.    Undersigned counsel for Noticing Parties verifies that true and complete copies all process, pleadings, and orders that have been filed in the Maricopa County Superior Court in this case are attached to this Notice of Removal as Exhibit B.

6.    Pursuant to 28 U.S.C. § 1446(d) and Rule 3.6(a), Local Rules of Practice for the United States District Court for the District of Arizona, defendant will file a copy of this

- 2 –

Notice of Removal with the Clerk of the Superior Court of the State of Arizona for the County of Maricopa, and a copy of the Notice of Removed Action to be filed in that court is attached hereto as Exhibit C.

7.    Fennemore, through Christopher Callahan, represents the other served defendants, Atlas Technical Consultants, Jeremy Gniffke, and Terence Vomocil, and those defendants expressly consent to the removal of this action.

**RESPECTFULLY SUBMITTED** this 27th day of February, 2026.

DICKINSON WRIGHT, PLLC

By: /s/ Scot L. Claus
    Scot L. Claus
    Vail C. Cloar
    Alexandra Crandall
    **Attorneys for Defendants Anna Vargas,**
    **Pamela Nicola, Jason Kocer, Tiffany Pham,**

FENNEMORE

By: /s/ Christopher L. Callahan (with permission)
    Christopher L. Callahan
    Douglas Northup
    **Attorney for Defendants Atlas Technical**
    **Consultants, Jeremy Gniffke, and Terence**
    **Vomocil**

- 3 –

4914-9195-2018 v3 [53392-71]

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Sheila Rath*

- 4 –

4914-9195-2018 v3 [53392-71]