**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cheryl Wood, et al.,<br>Plaintiffs,<br>v.<br>Anna Vargas, et al.,<br>Defendants. | No. CV-26-01420-PHX-SMB<br>**ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the David G. Campbell. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-26-01420-PHX-DGC.

Dated this 5th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge